UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. MONOSSON, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>- against -<br><br>TEEKAY OFFSHORE PARTNERS, L.P. *et al.*,<br><br>　　　　　　　Defendants. | Index No. 1:19-cv-07522-RA<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Brookfield Asset Management, Inc. and Brookfield Business Partners, L.P. and requests that all subsequent papers be served upon him at the address below.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: New York, New York
　　　September 26, 2019　　　　/s/ Matthew Solum
　　　　　　　　　　　　　　　　Matthew Solum, P.C.
　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　Telephone:　(212) 446-4800
　　　　　　　　　　　　　　　　Facsimile:　(212) 446-4900
　　　　　　　　　　　　　　　　matthew.solum@kirkland.com

　　　　　　　　　　　　　　　　*Counsel for Defendants Brookfield Asset Management, Inc. and Brookfield Business Partners, L.P.*