UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN A. MONOSSON and MARK WHITING, *on behalf of themselves and similarly situated unitholders of* TEEKAY OFFSHORE PARTNERS L.P.,

          Plaintiffs,

v.

TEEKAY OFFSHORE PARTNERS L.P., *et al*.

          Defendants.

19-cv-7522(RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    By an order issued March 21, 2023, at the request of all parties, the lead action for which this matter is a member case was voluntarily dismissed without prejudice. *See In Re Teekay Offshore Partners L.P. Common Unitholders Litigation*, 19-cv-6483, Dkt. 139. No later than October 1, 2023, the parties shall file a joint letter indicating whether this member action may also be closed.

SO ORDERED.

Dated:    September 22, 2023
             New York, New York

                                    Hon. Ronnie Abrams
                                    United States District Judge